**ORDERED.**

Dated: **November 27, 2023**

_____
Tiffany P. Geyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Starboard Group of Space Coast, LLC | Case No. 6:23-bk-04789-TPG |
| Starboard Group of Southeast Florida, LLC | Case No. 6:23-bk-04791-TPG |
| Starboard Group of Tampa, LLC | Case No. 6:23-bk-04790-TPG |
| Starboard Group of Tampa II, LLC | Case No. 6:23-bk-04793-TPG |
| Starboard Group of Alabama, LLC | Case No. 6:23-bk-04792-TPG |
| Starboard with Cheese, LLC | Case No. 6:23-bk-04796-TPG |
| 7 S&M Foods, LLC | Case No. 6:23-bk-04798-TPG |
| 9 S&M Foods, LLC | Case No. 6:23-bk-04800-TPG |
| 10 S&M Foods, LLC | Case No. 6:23-bk-04802-TPG |
| SBG Burger Opco, LLC; | Case No. 6:23-bk-04797-TPG (Lead Case) |

Chapter 11 – Jointly Administered

Debtors.
_____/

10 S&M Foods, LLC                Case No. 6:23-bk-04802-TPG

_____/

**ORDER GRANTING DEBTORS'
EMERGENCY MOTION FOR ORDER
DIRECTING JOINT ADMINISTRATION OF RELATED
<u>CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY</u>
(DOC. NO. 2)**

THIS MATTER came before the Court for consideration on November 16, 2023 at 10:30am ET (the "**Hearing**") upon the Debtors' Emergency Motion for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only (Doc. No. 2) ("**Motion**") filed by the debtor SBG Burger Opco, LLC (the "**Debtor**") and joined by all Debtors (as defined in the Motion). Through the Motion, the Debtors seek the entry of an order directing joint administration of this and the related chapter 11 cases for procedural purposes only (collectively, the "**Bankruptcy Cases**"). Appearances at the Hearing were made as reflected on the record. The Court finds that joint administration of the Bankruptcy Cases is justified. Accordingly, it is

**ORDERED THAT**:

**1.** The Motion is **GRANTED**.

**2.** The Bankruptcy Cases shall be jointly administered and In re: SBG Burger Opco, LLC, Case No. 6:23-bk-04797-TPG, is designated as the "**Lead Case**".

**3.** The Clerk of Court shall maintain a single case docket using the Lead Case number.

**4.** The Clerk of Court shall maintain separate claims registers and ballot files (if separate plans are filed) for each of the Bankruptcy Cases.

**5.** Except as otherwise set forth below, all papers including, without limitation, motions, applications, notices, monthly operating reports, and orders shall be filed in the Lead Case and shall bear the following joint administration captions:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

| | |
|---|---|
| Starboard Group of Space Coast, LLC | Case No. 6:23-bk-04789-TPG |
| Starboard Group of Southeast Florida, LLC | Case No. 6:23-bk-04791-TPG |
| Starboard Group of Tampa, LLC | Case No. 6:23-bk-04790-TPG |
| Starboard Group of Tampa II, LLC | Case No. 6:23-bk-04793-TPG |
| Starboard Group of Alabama, LLC | Case No. 6:23-bk-04792-TPG |
| Starboard with Cheese, LLC | Case No. 6:23-bk-04796-TPG |
| 7 S&M Foods, LLC | Case No. 6:23-bk-04798-TPG |
| 9 S&M Foods, LLC | Case No. 6:23-bk-04800-TPG |
| 10 S&M Foods, LLC | Case No. 6:23-bk-04802-TPG |
| SBG Burger Opco, LLC; | Case No. 6:23-bk-04797-TPG (Lead Case) |
| | Chapter 11 – Jointly Administered |

Debtors.
_____/

    **6.**    The Clerk of Court shall docket this Order in each of the Bankruptcy Cases and give notice to all CM/ECF filers and PACER users that all future filing shall be filed and docketed in the Lead Case.

    **7.**    The following papers shall be filed in the separate Bankruptcy Cases, captioned with the name and case number for that particular case:

    **a.**    List of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure;

    **b.**    Schedules and statements of financial affairs (and any amendments thereto);

    **c.**    Claims (and any objections to claims and notices relating to transfers of claims);

    **d.**    Ballots (if separate plans are filed); and

    **e.**    Motions for final decree.

8. Each of the jointly administered Debtors shall file separate monthly operating reports to be docketed in the Lead Case.

9. Papers and orders that pertain to one or more specific Debtor(s) shall be filed in the Lead Case; however, the caption of the paper or order shall designate the specific Debtor(s) to which the paper or order applies.

10. The caption of the paper and or order shall be in the following form:

UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA<br>ORLANDO DIVISION

In re:

| | |
|---|---|
| Starboard Group of Space Coast, LLC | Case No. 6:23-bk-04789-TPG |
| Starboard Group of Southeast Florida, LLC | Case No. 6:23-bk-04791-TPG |
| Starboard Group of Tampa, LLC | Case No. 6:23-bk-04790-TPG |
| Starboard Group of Tampa II, LLC | Case No. 6:23-bk-04793-TPG |
| Starboard Group of Alabama, LLC | Case No. 6:23-bk-04792-TPG |
| Starboard with Cheese, LLC | Case No. 6:23-bk-04796-TPG |
| 7 S&M Foods, LLC | Case No. 6:23-bk-04798-TPG |
| 9 S&M Foods, LLC | Case No. 6:23-bk-04800-TPG |
| 10 S&M Foods, LLC | Case No. 6:23-bk-04802-TPG |
| SBG Burger Opco, LLC; | Case No. 6:23-bk-04797-TPG (Lead Case) |
| | Chapter 11 – Jointly Administered |

Debtors.
                                                    /

[Specific Debtor's Name]                            [Specific Case Number]
                                                    /

11. Debtors in possession, or if applicable, trustees, shall not comingle assets or liabilities unless and until the Court determines, after notice and hearing, that grounds exist to order substantive consolidation of the Bankruptcy Cases or otherwise authorizes the same.

5

**12.** If creditors are added to the matrices of the administratively consolidated Debtors, counsel for the Debtors shall serve this Order on all added creditors and file proof of such service in the Lead Case.

###

Scott A. Underwood is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.