UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Chapter 11

| | |
|---|---|
| Starboard Group of Space Coast, LLC | Case No. 6:23-bk-04789-TPG |
| Starboard Group of Southeast Florida, LLC | Case No. 6:23-bk-04791-TPG |
| Starboard Group of Tampa, LLC | Case No. 6:23-bk-04790-TPG |
| Starboard Group of Tampa II, LLC | Case No. 6:23-bk-04793-TPG |
| Starboard Group of Alabama, LLC | Case No. 6:23-bk-04792-TPG |
| Starboard with Cheese, LLC | Case No. 6:23-bk-04796-TPG |
| 7 S&M Foods, LLC | Case No. 6:23-bk-04798-TPG |
| 9 S&M Foods, LLC | Case No. 6:23-bk-04800-TPG |
| 10 S&M Foods, LLC | Case No. 6:23-bk-04802-TPG |
| SBG Burger Opco, LLC, | Case No. 6:23-bk-04797-TPG |

Debtors.                                                                         *Jointly Administered with*
_____/                        Case No. 6:23-bk-04797-TPG

Starboard Group of Space Coast, LLC,
Case No. 6:23-bk-04789-TPG,

Applicable Debtor.
_____/

### *EX PARTE* MOTION FOR LEAVE TO APPEAR
### REMOTELY AT THE MAY 16, 2024 HEARING

1841 US 1 LLC ("1841"), lessor of the property located at 1841 North 4th Street, Fort. Pierce, FL 34946, by and through the undersigned counsel, files this *Ex Parte* Motion for Leave to Appear Remotely at the May 16, 2024 Hearing ("Motion") and, as grounds therefor, states:

1. On April 26, 2024, this Court held a preliminary hearing and continued all matters until May 16, 2024 at 2:00 p.m. (Docket No. 505).

2. The Court has set a hearing in these cases on May 16, 2024, at 2:00 p.m. EDT on the Debtors' Notice of Filing Proposed Assumption and Assignment List (Docket No. 301).

3. On April 4, 2024 1841 filed its Objection of 1841 US 1 LLC and Reservation of Rights to Proposed Cure Payment and to Assumption of Real Property Lease (Docket No. 401).

4. Pursuant to the Court's procedures, all parties are expected to attend the hearing in person unless the Court enters an Order permitting otherwise.

5. The undersigned counsel requests leave to appear at the May 16, 2024 hearing for the following good cause: the undersigned counsel is based in Naples, Florida, the hearing is a continued, preliminary hearing and non-evidentiary, and there is no prejudice to any party in granting the relief sought.

6. Accordingly, the undersigned requests leave of Couty to attend the Hearing remotely via Zoom.

**WHEREFORE**, 1841 requests that the Court grant this Motion and enter an Order permitting the undersigned counsel to appear remotely via Zoom at the hearing set for May 16, 2024, at 2:00 p.m. (or such other time if the hearing is re-noticed), and for such other and further relief as the Court deems just and proper.

**Dated**: May 8, 2024

Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

By: */s/ Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 102185
Email: mike@dallagolaw.com
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079
Email: chaman@dallagolaw.com
JENNIFER M. DUFFY
Florida Bar No. 1028911
Email: jduffy@dallagolaw.com

And

MANDELBAUM BARRETT PC
Vincent J. Roldan, Esq.

        3 Becker Farm Road, Suite 105
        Roseland, NJ 07068
        VRoldan@mblawfirm.com

        *Counsel 1841 US 1 LLC*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 8th day of May 2024, a true and correct copy of the foregoing shall be served electronically through the Court's CM/ECF Noticing system upon entry to all parties registered for service.

        By: */s/ Michael R. Dal Lago*
        MICHAEL R. DAL LAGO
        Florida Bar No. 102185